# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| **TERRY PYE,** | ) |
| **Plaintiff,** | ) |
| | ) NO. 1:20-cv-00010 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| **ANDREW M. SAUL,** | ) MAGISTRATE JUDGE HOLMES |
| *Commissioner of Social Security* | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 21) on Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 15). In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Judgment on the Administrative Record be **DENIED**.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 21 at 17). No objections have been filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Plaintiff's Motion for Judgment Based on the Administrative Record (Doc. No. 15) is **DENIED**, and Commissioner's decision is **AFFIRMED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE